1  JOSHUA E. KIRSCH (179110)
   GIBSON ROBB & LINDH LLP
2  1255 Powell Street
   Emeryville, California 94608
3  Telephone:  (415) 348-6000
   Facsimile:  (415) 348-6001
4  Email:       jkirsch@gibsonrobb.com

5  Attorneys for Plaintiff
   GREAT AMERICAN INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, a corporation;<br><br>             Plaintiff,<br><br>       v.<br><br>ITL USA INC., a corporation; and DOES 1 to 10;<br><br>             Defendants. | Case No. 2:21−cv−08491 RSWL (PVCx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PER F.R.C.P. 41**<br><br>Complaint filed:    October 27, 2021 |

**TO THE COURT:**

NOTICE IS HEREBY GIVEN that Plaintiff GREAT AMERICAN INSURANCE COMPANY, by and through its counsel of record, and Defendant ITL USA INC., by and through its counsel of record, hereby agree and stipulate to the dismissal with prejudice of the entire action as to all defendants, each party to bear its own costs and fees, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

/ / /

/ / /

/ / /

Undersigned counsel for Plaintiff, Joshua E. Kirsch, certifies that all electronic signatures below have been duly authorized by signatory counsel per Local Rule § 5-4.3.4(a)(2)(i).

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: March 29, 2024

GIBSON ROBB & LINDH LLP

/s/ JOSHUA E. KIRSCH
Joshua E. Kirsch
jkirsch@gibsonrobb.com
Attorneys for Plaintiff
GREAT AMERICAN INSURANCE COMPANY

Dated: March 29, 2024

ROBERTS & KEHAGIARAS LLP

/s/ ANDREW D. KEHAGIARAS
Andrew D. Kehagiaras
adk@tradeandcargo.com
Attorneys for Defendant
ITL USA INC.